767 A.2d 1046

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael M. PRIME, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 2000.

Decided Feb. 6, 2001.

Ann E. Ariano, Spero Thomas Lappas, Harrisburg, for Michael Prime, Jr.

Edward Andrew Paskey, Deirdre Sullivan, Hugh S. Rebert, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 6th day of February, 2001, upon consideration of the stipulation of the parties dated December 6, 2000, the appeal is hereby dismissed as moot.